**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO. 6:22-cv-01982-WWB-EJK**

ERIN REILLY, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

EVOLUS, INC.,

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR 60-DAY ORDER**

Plaintiff Erin Reilly and Defendant Evolus, Inc., through their undersigned counsel, provide notice that the parties have reached an agreement in principle to settle this matter on an individual basis. Accordingly, the parties respectfully request that the Court order that the matter is dismissed without prejudice and that the Clerk is to terminate all pending deadlines, including, without limitation, the December 19, 2022 deadline for Evolus to respond to the complaint, subject to the right of the parties, within 60 days of the date of the Court's order, to submit a stipulated form of final order or judgment, or request an extension of time should they so choose, or for any party to move to reopen the action, upon good cause being shown.

Dated:  December 16, 2022                     Respectfully submitted,

| | |
|---|---|
| */s/  Benjamin W. Raslavich* | */s/  April Boyer* |
| Benjamin W. Raslavich (Trial Counsel) | April Boyer (Trial Counsel) |
| Florida Bar No. 0102808 | Florida Bar No. 168335 |
| Ben@theKRfirm.com | april.boyer@klgates.com |
| **KUHN RASLAVICH, P.A.** | **K&L GATES LLP** |
| 2110 West Platt Street | 200 S. Biscayne Boulevard, Ste. 3900 |
| Tampa, FL 33606 | Miami, FL 33131-2399 |
| Telephone:  813-422-7782 | Telephone: 305-539-3300 |
| Facsimile:  813-422-7783 | Facsimile: 305-358-7095 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel or parties of record on this 16th day of December 2022.

                                                                    */s/  April Boyer*
                                                                    APRIL BOYER