UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CASE NO. 6:22-cv-01982-WWB-EJK**

ERIN REILLY, individually and
on behalf of all others similarly situated,

   Plaintiff,

v.

EVOLUS, INC.,

   Defendant.

_____/

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Erin Reilly and Defendant Evolus, Inc., each through their undersigned counsel, jointly stipulate that (1) the above-captioned action is dismissed with prejudice as to the individual claims of Plaintiff and without prejudice as to the claims of the putative class, (2) Plaintiff waives any right to appeal the dismissal of the action, and (3) each party shall bear her or its own costs and attorneys' fees.

Dated:  December 28, 2022

 /s/ Benjamin W. Raslavich
Benjamin W. Raslavich (Trial Counsel)
Florida Bar No. 0102808
Ben@theKRfirm.com
**KUHN RASLAVICH, P.A.**
2110 West Platt Street
Tampa, FL 33606
Telephone:  813-422-7782
Facsimile:  813-422-7783

*Counsel for Plaintiff*

Respectfully submitted,

 /s/ April Boyer
April Boyer (Trial Counsel)
Florida Bar No. 168335
april.boyer@klgates.com
**K&L GATES LLP**
200 S. Biscayne Boulevard, Ste. 3900
Miami, FL 33131-2399
Telephone: 305-539-3300
Facsimile: 305-358-7095

*Counsel for Defendant*